**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7304

MARCO ANTONIO CRUZ,

Plaintiff - Appellant,

v.

JOHN DOE, Medical Director; NURSE PRESTON; JIM PENDERGRAPH,
Sheriff, sued in individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:07-cv-327-03-MU)

Submitted: February 21, 2008      Decided: February 26, 2008

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marco Antonio Cruz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marco Antonio Cruz appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cruz v. Doe, No. 3:07-cv-327-03-MU (W.D.N.C. Aug. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED